IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Butler, Patsy A | Case Number: 08 B 28512 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 01/13/09 | Filed: 10/22/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: January 2, 2009
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 2. | Indymac Bank | Secured | 0.00 | 0.00 |
| 3. | Rogers & Hollands Jewelers | Secured | 0.00 | 0.00 |
| 4. | American Home Mortgage Servicing | Secured | 12,000.00 | 0.00 |
| 5. | Imperial Capital Bank | Secured | 33,000.00 | 0.00 |
| 6. | Indymac Bank | Secured | 18,444.60 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 515.56 | 0.00 |
| 8. | Wells Fargo Financial Bank | Unsecured | 319.66 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 432.04 | 0.00 |
| 10. | Advocate Health Care | Unsecured | 49.30 | 0.00 |
| 11. | Advocate Health Care | Unsecured | 15.20 | 0.00 |
| 12. | Wells Fargo Financial Illinois Inc | Unsecured | 96.22 | 0.00 |
| 13. | American General Finance | Secured | | No Claim Filed |
| 14. | Chase Manhattan | Secured | | No Claim Filed |
| 15. | American General Finance | Secured | | No Claim Filed |
| 16. | Chase Manhattan | Secured | | No Claim Filed |
| 17. | Citibank | Unsecured | | No Claim Filed |
| 18. | Citi Mortgage | Unsecured | | No Claim Filed |
| 19. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 20. | Citibank | Unsecured | | No Claim Filed |
| 21. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 22. | HSBC | Unsecured | | No Claim Filed |
| 23. | Nicor Gas | Unsecured | | No Claim Filed |
| 24. | Salute Visa | Unsecured | | No Claim Filed |
| 25. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| | | | $ 64,872.58 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Butler, Patsy A | Case Number: 08 B 28512 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 01/13/09 | Filed: 10/22/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

